914 A.2d 868

**COMMONWEALTH of Pennsylvania, Petitioner**

**v.**

**Anthony DEEDS, Respondent.**

Supreme Court of Pennsylvania.

Dec. 29, 2006.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of December 2006, the Petition for Allowance of Appeal is **GRANTED** and the Order of the Superior Court is **REVERSED.** *See Commonwealth v. Hawkins,* 586 Pa. 366, 894 A.2d 716 (2006).